1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

JEFFREY WAYNE STRONG, agent, lawful
man, Creditor, injured third party intervenor,
real party in interest,

        Plaintiff,

Case No. MS05-5005FDB

ORDER OF DISMISSAL

14

15

16

        Plaintiff filed a document purporting to open a miscellaneous case.  The Court ordered

Plaintiff to file a short, plain statement of the grounds for this Court's jurisdiction and demonstrating

that Plaintiff is entitled to relief (Plaintiff claimed several billion dollars in relief).

17

18

        Plaintiff has filed a "Letter Rogatory" and a "Notice of Fault Opportunity To Cure for the

Letter Rogatory," which is not conforming to the Court's order.  ACCORDINGLY,

19

        IT IS ORDERED: This cause of action is DISMISSED.

20

        DATED this 26th day of May, 2005.

21

22

23

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1