UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY WAYNE STRONG,

     Plaintiff,

Case No. MS05-5005FDB

ORDER

     Although this cause of action was dismissed on May 26, 2005, Plaintiff submits documents for filing stating, "This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future." (July 6, 2005 cover letter to clerk.)

     This cause of action is closed, and the Court declines to file the documents submitted by Plaintiff, and the Clerk shall dispose of them. SO ORDERED.

     DATED this 15th day of July, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1